JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ANDREWS, an Individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | CASE NO. CV 13-5192-GW(MRWx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. Civ. P. 41** |

Plaintiff Chris Andrews and Defendant Bank of America Corporation have presented to the Court a stipulation to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41, in which they represented that they have reached a complete resolution of Plaintiff's claims for relief, memorialized in a confidential settlement agreement and release.

WHEREAS, the Parties have reached a complete resolution of Plaintiff's claims for relief, memorialized in a confidential settlement agreement and release;

///

///

///

///

52375543.1　　　　　　　　　　　　1

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1  ///

2  Based upon the foregoing, IT IS HEREBY ORDERED that the above-
3  captioned action hereby is dismissed in its entirety, with prejudice, pursuant to
4  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs
5  and attorneys' fees, except as otherwise may be allocated in the parties' settlement
6  agreement.

8  IT IS SO ORDERED.

10  DATE:  January 29, 2014

                         HON. GEORGE H. WU
                         UNITED STATES DISTRICT JUDGE

52375543.1

2

**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**